## MEADE COUNTY v. HOEHN.

(Opinion filed February 7, 1900.)

Appeal from circuit court, Meade county. Hon. JOSEPH B. MOORE, Judge.

Proceedings by the county of Meade, S. D., against Max Hoehn and others. From a judgment for plaintiff, defendant Bland Herring appeals. Affirmed.

*Martin & Mason*, for appellant.

*M. McMahon*, for respondent.

FULLER, P. J. In this case and that of Meade Co. v. Hoehn, decided at this term, 12 S. D. 500, 81 N. W. 887, the facts are substantially identical. The only questions of law here presented being there fully considered and determined, no further discussion of either law or fact is deemed necessary. The reasons specified in that case being decisive of this appeal, the judgment of the circuit court is affirmed.